IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02082-REB-MJW

VIGILANTE INSURANCE COMPANY,

Plaintiff(s),

v.

UTILITY TRAILER SALES OF COLORADO, LLC,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 10) is GRANTED finding good cause shown.  The written Amended Scheduling Order is APPROVED and shall supercede any matters contained in the December 21, 2004, Scheduling Order.

Date:  April 10, 2006