IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

VIGILANTE INSURANCE COMPANY, )
)
Plaintiff )  Case No. 05-cv-02082-REB-MJW
)
v. )
)
UTILITY TRAILER SALES OF COLORADO, LLC, )
)
Defendants. )

**SECOND AMENDED SCHEDULING ORDER**
( Docket No. 24 )

THE COURT, having reviewed the above parties' Joint Motion for Amendment of Scheduling Order, and being wholly apprised in the premises, hereby sets forth the following amendment to the Court's April 10, 2006 Amended Scheduling Order.

7. CASE PLAN AND SCHEDULE

d. **Expert Witness Disclosure:**

(3) Plaintiff shall make its expert disclosures with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 15, 2006. Defendant shall make its expert disclosures with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 2, 2006.

DATED this 5Th day of September 2006.

BY THE COURT:

_____
Magistrate Judge Michael J. Watanabe