**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02082-REB-MJW

VIGILANT INSURANCE COMPANY, a New York corporation,

    Plaintiff,

v.

UTILITY TRAILER SALES OF COLORADO LLC, a Colorado limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is a **Stipulation to Dismiss With Prejudice** [#28], filed September 15, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation to Dismiss With Prejudice** [#28], filed September 15, 2006, is **APPROVED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for June 15, 2007, is **VACATED**; and

4. That the jury trial set to commence July 9, 2007, is **VACATED**.

Dated September 15, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**